IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH L. LESER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JONATHAN L. MAYES, Individually and in his Official Capacity; DAVID A. GIVEN, Individually and in his Official Capacity; LEWIS FEREBEE; Individually and in his Official Capacity; LE BOLER, Individually and in her Official Capacity; LELA TINA HESTER; Individually and in her Official Capacity; and SHALON DABNEY, Individually and in her Official Capacity, WANDA LEGRAND, Individually and in her Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) Cause No. 1:18-cv-467-TWP-DLP |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Deborah L. Leser, by counsel, hereby dismisses this action and her claims against Defendants Jonathan L. Mayes, Individually and in his Official Capacity; David A. Given, Individually and in his Official Capacity; Lewis Ferebee, Individually and in his Official Capacity; Le Boler, Individually and in her Official Capacity; Lela Tina Hester, Individually and in her Official Capacity; Shalon Dabney, Individually and in her Official Capacity; and Wanda Legrand, Individually and in her Official Capacity.

Respectfully submitted,

*/s Jamie A. Maddox*_____
Kevin W. Betz, Atty. No. 14188-82
Jamie A. Maddox, Atty. No. 26522-49
*Attorneys for Plaintiff Deborah L. Leser*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on the 7th day of September, 2018. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Jamie A. Maddox*
Jamie A. Maddox

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com